IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| vs. | * | CR. NO.**00-20138-2-Ma** |
| | * | |
| **TARUS BEAN** | * | |

## ORDER HOLDING DEFENDANT FOR FINAL REVOCATION HEARING

On July 24, 2007,  *Tarus Bean*  appeared before me on  a charge of violation of the terms

and conditions of his probation/supervised release in this matter.  The defendant was advised of his

rights under Rules 5 and 32.1(a)(1), Federal Rules of Criminal Procedure .

At this hearing, the defendant was released on bond and, therefore, a preliminary hearing on

the violation was not required. See United States v. Sciuto, 531 F.2d 842, 846 (7th Cir. 1976) and

United States v. Tucker, 524 F.2d 77, 78 (5th Cir. 1975), cert. denied, 424 U.S. 966, 96 S.Ct. 1462,

47 L.Ed.2d 733 (1976).

Accordingly, defendant, *Tarus Bean*  is held to a final revocation hearing before U.S.

District Judge *Samuel H. Mays*  and in accordance with the provisions of Rule 32.1(a)(2), Federal

Rules of Criminal procedure.

IT IS SO ORDERED.

ENTERED this  24th   day of July, 2007.

 s/James H. Allen
JAMES H. ALLEN
UNITED STATES MAGISTRATE JUDGE